**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-11281

Non-Argument Calendar

_____

CYNTHIA ANTONIA CANNON,

*Plaintiff-Appellant,*

*versus*

GEORGIA DEPARTMENT OF LABOR,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-04449-TCB

_____

Before BRANCH, LAGOA, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction.

By statute, Cynthia Cannon had 30 days to file a notice of appeal from the district court's November 20, 2024, final judgment. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). Her deadline for doing so was December 20, 2024. However, Cannon did not file a notice of appeal until April 10, 2025. Further, the record contains no basis for relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6). *See* Fed. R. App. P. 4(a)(5) (providing that a party may move to extend the time for filing a notice of appeal within 30 days of entry of final judgment); *id.* R. 4(a)(6)(A) (providing that the court may reopen the time to file an appeal for a period of 14 days where a party does not receive notice of the entry of the judgment). Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules. Cannon's pending motions are DENIED AS MOOT.